**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DESHAWN DAWSON, on behalf of himself and all others similarly situated,

                Plaintiffs,

-against-

MICHAEL WERNER, INC.,

                Defendant.

Docket No:   1:19-cv-00588-GHW

**NOTICE OF SETTLEMENT**

Now comes the Plaintiff DESHAWN DAWSON by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and state that:

1. A Settlement Agreement and Consent Order are in the process of being finalized. Once the documents are fully executed, the parties intend on filing the Proposed Consent Order with the Court, requesting that the Court So Order same.

2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences.

                Respectfully submitted,

                By: /s/ Joseph H. Mizrahi
                Cohen & Mizrahi LLP
                *Attorney for Plaintiff*

Dated:    Brooklyn, New York
           March 4, 2019